## 4665.  Rucker *v.* The State.

Russell, J.  Where a bottle of whisky is delivered to a person who lays some money down on a table in the presence of the person delivering it, the inference of a sale in consideration of the sum of money thus put down will be supported, even though there be no direct proof that after the person receiving the whisky left the house the person delivering it appropriated the money to his own use.        *Judgment affirmed.*

Decided April 16, 1913.

Indictment for sale of liquor; from Hart superior court—Judge Meadow.  January 4, 1913.

*A. G. & Julian McCurry,* for plaintiff in error.
*Thomas J. Brown, solicitor-general,* contra.